DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANITA S. BRYANT,

Appellant,

v.

REEMPLOYMENT ASSISTANCE APPEALS COMMISSION
and AIR CULINAIRE WORLDWIDE, LLC,

Appellees.

No. 2D2025-0061

_____

November 5, 2025

Appeal from the Reemployment Assistance Appeals Commission.

Anita Bryant, pro se.

Amanda L. Neff, Deputy General Counsel, Reemployment Assistance
Appeals Commission, Tallahassee, for Appellee, Reemployment
Assistance Appeals Commission.

No appearance for remaining Appellee.

PER CURIAM.

 Affirmed.

KELLY, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.